# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBY JOE SMITH, II,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT PATTON, DOC Director,<br><br>    Respondent. | Case No. CIV-12-314-RAW-KEW |

## ORDER

On August 10, 2015, the United States Magistrate Judge filed a Report and Recommendation, recommending that this action (commenced by the Petitioner Smith's filing of a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be in all respects dismissed. On August 21, 2015 and September 8, 2015, Petitioner Smith filed objections to the Report & Recommendation, reiterating his previous arguments.

After a *de novo* review, and construing Petitioner Smith's *pro se* filings liberally, the court finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Petitioner Womack's petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

**IT IS SO ORDERED** this 18th day of September, 2015.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**

1